UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KVEN OJSC,

        Plaintiff,

    v.

THUNDERBOLT ENTERPRISES, LTD.,

        Defendant.

Case No. 15-cv-02304-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING PETITION TO CONFIRM FINAL ARBITRAL AWARD AND MOTION FOR DEFAULT JUDGMENT**

Re: Dkt. Nos. 1, 17

    The Court has reviewed Magistrate Judge Beeler's Report and Recommendation Re Petition to Confirm Final Arbitral Award and Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

    IT IS HEREBY ORDERED that the Petition to Confirm Final Arbitral Award and the Motion for Default Judgment are GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation.

    **IT IS SO ORDERED.**

Dated: December 30, 2015

                              HAYWOOD S. GILLIAM, JR.
                              United States District Judge