UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KVEN OJSC,

        Plaintiff,

    v.

THUNDERBOLT ENTERPRISES, LTD.,

        Defendant.

Case No. 15-cv-02304-HSG

**JUDGMENT**

    For the reasons set forth in Magistrate Judge Beeler' Report and Recommendation Re Regarding Petition to Confirm Final Arbitral Award and Motion for Default Judgment filed on Deecmber 10, 2015 and adopted by this Court,

    IT IS HEREBY ORDERED AND ADJUDGED

    That Plaintiff KVEN OJSC be awarded the following relief from Defendant Thuderbolt Enterprises, LTD.:

    1) $35,018 as the principal sum of the confirmed ICAC award;

    2) post-judgment interest under 28 U.S.C. § 1961 until the judgment is satisfied; and

    3) the further costs of collection.

    Dated at Oakland, California, this 30th day of December.

                              Susan Y. Soong
                              Clerk of Court



By: _____
     Deputy Clerk

United States District Court
Northern District of California